Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

November 10, 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:20-cr-582 |
| HECTOR AARON RUIZ | § | UNDER SEAL |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about November 16, 2019, in the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

**HECTOR AARON RUIZ,**

while acting under color of law as an officer with the Arcola Police Department, engaged in a sexual act with Victim #1 without her consent, thereby willfully depriving Victim #1 of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States. This act included aggravated sexual abuse and kidnapping.

**In violation of 18 U.S.C. § 242.**

### COUNT TWO
### Destruction, Alteration, or Falsification of Records in Federal Investigations
### (18 U.S.C. § 1519)

On or about November 16, 2019, in the Southern District of Texas and within the

jurisdiction of the Court, the Defendant,

**HECTOR AARON RUIZ,**

knowingly concealed, covered up, falsified, and made false entries in a record and document, specifically dashboard camera recordings and body microphone recordings, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States.

**In violation of 18 U.S.C. § 1519.**

### COUNT THREE
### Carry and Use of a Firearm in a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A))

On or about November 16, 2019, in the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

**HECTOR AARON RUIZ,**

did knowingly carry and use a firearm, that is, a Glock 17, 9mm, serial number BDKY848, during and in relation to, and did knowingly possess that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, the deprivation of rights under color of law as charged in Count One of this Indictment, in violation of 18 U.S.C. § 242.

**All in violation of 18 U.S.C. § 924(c)(1)(A).**

### COUNT FOUR
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about August 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

**HECTOR AARON RUIZ,**

while acting under color of law as an officer with the Arcola Police Department, engaged in a sexual act with Victim #2 without her consent, thereby willfully depriving Victim #2 of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States. This act resulted in bodily injury and included aggravated sexual abuse and kidnapping.

**In violation of 18 U.S.C. § 242.**

## COUNT FIVE
### Carry and Use of a Firearm in a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A))

On or about August 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

**HECTOR AARON RUIZ,**

did knowingly carry and use a firearm, that is, a Glock 17, 9mm, serial number BDKY848, during and in relation to, and did knowingly possess that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, the deprivation of rights under color of law as charged in Count Four of this Indictment, in violation of 18 U.S.C. § 242.

**All in violation of 18 U.S.C. § 924(c)(1)(A).**

## NOTICE OF FORFEITURE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Count Three or Count Five, all firearms and ammunition involved in, or used in any knowing violation of section 924, is subject to forfeiture to the United States, including but not limited to

the following:

a Glock 17, 9mm, serial number BDKY848.

A TRUE BILL

Original signature of file

_____
GRAND JURY FOREPERSON

RYAN K. PATRICK
United States Attorney

By: _____
SHARAD S. KHANDELWAL
SEBASTIAN EDWARDS
Assistant United States Attorneys
713-567-9000