| | |
|---|---|
| USA-74-24B (Rev. 05/01) | |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

HOUSTON DIVISION

USAO Number: 2020R09355

Magistrate Number:

CRIMINAL INDICTMENT       Filed *November 10, 2020*

**CRIMINAL DOCKET UNDER SEAL**

United States Courts
Southern District of Texas
FILED

David J. Bradley, Clerk of Court

No. **4:20-cr-582**

Judge: **Eskridge**

UNITED STATES of AMERICA
vs.

HECTOR AARON RUIZ

**ATTORNEYS:**
RYAN PATRICK, USA            (713) 567-9000
SHARAD S. KHANDELWAL, AUSA   (713) 567-9000

Appt'd ☐  Private ☐

**CHARGE:**
Counts 1 & 4 : Deprivation of Rights Under Color of Law [18 U.S.C. § 242]

Count 2: Destruction, Alteration, or Falsification of Records in Federal Investigations [18 U.S.C. § 1519]

Counts 3 & 5: Carry and Use of a Firearm in a Crime of Violence [18 U.S.C. § 924(c)(1)(A)]

**(TOTAL) (COUNTS:)** ( 5 )

**PENALTY:**
Counts 1 & 4: Imprisoned for any term of years , or life; a fine not more than $250,000; Supervised Release for a term not more than 5 years; $100 Special Assessment

Count 2: Imprisoned up to 20 years; a fine not more than $250,000; Supervised Release for a term not more than 3 years; $100 Special Assessment

Counts 3 & 5: Imprisoned for no less than 5 years consecutive to any other crime;a fine not more than $250,000; Supervised Release for a term not more than 5 years; $100 Special Assessment

☐ In Jail
☑ On Bond    - FORT BEND COUNTY
☐ No Arrest

NAME & ADDRESS of Surety:

**PROCEEDINGS:**