UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL CASE NO. 4:20–cr–00582 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| Hector Aaron Ruiz<br>Defendant. | § § § | |

NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Thursday, April 8, 2021, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002