**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4-20-CR-582 |
| HECTOR AARON RUIZ | § | |

## ORDER

Having reviewed the United States' Motion To Dismiss Counts Three and Five, and any response thereto, the Court:

**ORDERS** that Counts Three and Five of the Indictment are Dismissed.

*/s/ CR Eskridge*
Hon. Charles R. Eskridge, III
U.S. District Court Judge