United States District Court
Southern District of Texas
**ENTERED**
May 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § | CRIMINAL ACTION NO. 4:20-CR-00582 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HECTOR AARON RUIZ, Defendant. | § § | |

### ORDER TO PROVIDE MEALS TO JURORS

The jury in this matter consists of twelve members.

It is ORDERED that the Clerk will provide the jury with breakfast and lunch for the duration of the trial.

A copy of this order will be provided to the Finance Department for reimbursement to the Clerk for meals.

SO ORDERED.

Signed on May 25, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge