United States Courts
Southern District of Texas
F I L E D

MAY 2 6 2023

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | CRIMINAL ACTION NO. 4:20-CR-00582  ④ |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HECTOR AARON RUIZ, Defendant. | § § § | |

**JURY NOTE**

WE HAVE AGREED UNANIMOUSLY
TO 2 OF THE 3 CHARGES.
WE ARE AT AN IMPASS ON THE
3RD CHARGE.

Thank you for the status report.
Please continue your deliberations
and advise again when ready.

CRE[Signature]
05/26/2023