United States Courts
Southern District of Texas
FILED

MAY 26 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § | CRIMINAL ACTION No. 4:20-CR-00582 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HECTOR AARON RUIZ, Defendant. | § § § | |

⑤

## JURY NOTE

AFTER FURTHER CONSIDERATION WE ARE DEADLOCKED. WE DO NOT BELIEVE THAT FURTHER TIME AND DELIBERATION WILL RESULT IN A VERICT.

· Received.

CREskridge
05/26/2023