United States Courts
Southern District of Texas
FILED

MAY 26 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

⑥

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § | CRIMINAL ACTION NO. 4:20-CR-00582 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| HECTOR AARON RUIZ, Defendant. | § § § § | |

JURY NOTE

WE HAVE RESPECTFULLY FOLLOWED THE COURT'S INSTRUCTION AND ARE STILL HOPELESSLY DEADLOCKED ON ONE OF THE THREE CHARGES.
WE WOULD LIKE, AT THIS TIME, TO RENDER A PARTIAL VERDICT.

Please fill out the Verdict Form where you are unanimously in agreement, and leave blank where you are not unanimously in agreement. The foreperson should also sign and date where indicated. Let the CSO know when you are ready to be brought into the courtroom.

CR Eskridge
05/26/2023