United States Courts
Southern District of Texas
FILED

MAY 26 2023

Nathan Ochsner, Clerk of Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER 20-cr-582 |
| HECTOR AARON RUIZ, Defendant. | § § § | |

# VERDICT FORM

25

**ON COUNT ONE:**

We, the jury, find the Defendant, Hector Aaron Ruiz:

_____ **Not Guilty**        _____ **Guilty**

of deprivation of rights as to RAVEN LILLIE, alleged in the Indictment as VICTIM #1, as charged in Count One of the Indictment.

If you find the Defendant guilty of Count One, you must then also answer each of the following questions as determined unanimously and beyond a reasonable doubt.

If you find the Defendant not guilty of Count One, do not answer the following questions.

Did the Defendant's conduct include Aggravated Sexual Abuse?

_____ Yes        _____ No

Did the Defendant's conduct include Kidnapping?

_____ Yes        _____ No

## ON COUNT TWO:

We, the jury, find the Defendant, Hector Aaron Ruiz:

_____ **Not Guilty**            \_\_✓\_\_ **Guilty**

**ON COUNT FOUR:**

We, the jury, find the Defendant, Hector Aaron Ruiz:

____✓____ Not Guilty          _____ Guilty

of deprivation of rights as to MARIA MIRAMONTES, alleged in the Indictment as Victim #2, as charged in Count Four of the Indictment.

If you find the Defendant guilty of Count Four, you must then also answer each of the following questions as determined unanimously and beyond a reasonable doubt.

If you find the Defendant not guilty of Count One, do not answer the following questions.

Did the Defendant's conduct result in Bodily Injury?

_____ Yes          _____ No

Did the Defendant's conduct include Aggravated Sexual Abuse?

_____ Yes          _____ No

Did the Defendant's conduct include Kidnapping?

_____ Yes          _____ No

_____
FOREMAN OF THE JURY

Signed on _____May 26_____, 2023