United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO 4:20-cr-00582 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| HECTOR AARON RUIZ, Defendant. | § § § § | |

### ORDER

Sentencing in this criminal proceeding is set for 1:30 pm on May 30, 2024. The Court has reviewed the objections by Defendant Hector Aaron Ruiz and the response by the Government. Dkts 218 & 226. The Court has also reviewed the sentencing memoranda from each. Dkts 224 & 225. The Court has also again reviewed the plea agreement. Dkt 211.

The Court has under advisement whether to reject the plea agreement in the absence of (i) the withdrawal of the appeal waiver as to sentencing in ¶¶5–7 of the plea agreement, or (ii) revised agreement between the parties as to a plea agreement that would proceed under Rule 11(c)(1)(C) of the Federal Rules of Civil Procedure. See Fed R Crim P 11(c)(5). Also under advisement is whether to allow Defendant to withdraw his plea of guilty. See Fed R Crim P 11(d).

The parties should be prepared to address those issues before argument proceeds on the sentencing decision itself.

SO ORDERED.

Signed on May 29, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge